NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TOLAND,<br><br>        Plaintiff,<br><br>v.<br><br>ZACHARY MCFARLAND, in his individual and official capacity; STEPHANIE LACK, in her individual and official capacity; and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. 2:21-cv-04797-FWS-AGR<br><br>**ORDER RE NOTICE OF SETTLEMENT AND STIPULATION FOR COURT TO MAINTAIN JURISDICTION [175]**<br><br>Judge:  Hon. Fred W. Slaughter |

    Having considered the parties' stipulation [175] and **GOOD CAUSE** appearing therefor, **IT IS HEREBY ORDERED**:

    1.    This Court shall maintain jurisdiction over this case in order to enforce the settlement agreement, if necessary, until further order of the court.

    2.    The hearing on Plaintiff's Motion for Attorney's Fees [161] is taken off-calendar.  If the City does not comply with its obligations under the Agreement,

Plaintiff may request that the Motion for Attorney's Fees be reset for hearing to occur **at least twenty-eight (28) days** from the date of the request.

3. If the parties have not filed a Stipulation and [Proposed] Order to dismiss this action by **March 1, 2024**, the parties shall file a joint status report regarding the status of settlement by that date.

**IT IS SO ORDERED**.

Dated: January 22, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE